UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KENNETH GUERRIERO and TONY SIKAVI, on behalf of themselves and all others similarly situated,

                      Plaintiff(s),

      -v-

AUTHENTIC BRANDS GROUP, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,

                      Defendant(s).
-----------------------------------------------------------------------X

24-cv-8778 (PKC)

<u>ORDER</u>

CASTEL, U.S.D.J.:

As a result of a pretrial conference held today, the Court Orders as follows:

1. The time to answer or move with respect to the First Amended Complaint is adjourned without date in contemplation of a further amendment.

2. The deadline for further amendments to the pleading or joinder of additional parties is 30 days from the date of this Order.

3. Within the 30 days of this Order, plaintiffs may file a Second Amended Complaint without further leave of Court.

4. The time for a response to the Second Amended Complaint is as set forth in the Federal Rules of Civil Procedure.

5. If defendants seek to move to dismiss the Second Amended Complaint, plaintiffs'' response to the pre-motion letter will be due four business days thereafter. The Court will issue an Order with respect to any such motion.

6. Discovery is stayed pending further Order of the Court.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
         May 5, 2025