UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNETH GUERRIERO, ELLEN
FEINSTEIN, and ALLEN
CINO on behalf of themselves and all others
similarly situated,

                    Plaintiffs,

                                          24-cv-8778 (PKC)

          -against-                          ORDER


BB OPCO, LLC, a Delaware limited liability
company, and DOES 1-50, inclusive,

                    Defendants.
------------------------------------------------------------x

CASTEL, Senior District Judge

        While only minimal diversity is required under section 1332(d)(2) of Title 28, the Second Amended Complaint alleges neither the citizenship of the named plaintiffs nor the citizenship of the members of the defendant LLC.  By March 20, 2026, plaintiffs shall provide affidavits or declarations setting forth the citizenship, not mere residence, of each of the three remaining named plaintiffs.

        Also by March 20, a representative of BB OpCo, LLC shall file an affidavit or declaration setting forth the citizenship of each member of the LLC.  For example, if any member of the LLC is a corporate entity, BB OpCo must set forth the state of incorporation and principal place of business of the member.  See Platinum-Montaur Life Sciences, LLC v. Navidea Biopharmaceuticals, Inc., 943 F.3d 613, 615 (2d Cir. 2019).

- 2 -

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        March 16, 2026